# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff(s), <br> Vs. <br> FRANK CORALLO, <br> Defendant(s) | CRIMINAL NO. 07cr (JLL) <br><br> **CONSENT ORDER** <br> **SUPPLEMENTING ORDER OF RELEASE** |

**THIS MATTER** having been opened to the Court by the Defendant, Frank Corallo, through Peter L. Festa, Esq. (Festa & Ingenito, LLC) appearing for Defendant, and Pre-Trial Services (Michelle Dwyer, appearing), having consented and agreed to the terms and provisions of this Consent Order and the Court having reviewed same, and whereas the Defendant and Melissa Zapata have two minor children, and whereas the Defendant having removed himself from the residence of Melissa Zapata, and whereas the Defendant is currently living separate and apart from Melissa Zapata, and whereas the Government, (U.S. Attorney Mark Coyne appearing) is on notice of this Application and Order and does not object;

IT IS on this 29th day of APRIL, 2008;

**O R D E R E D** as follows:

1. That this Order and its terms shall supplement the Order of Release dated December 21, 2007, signed by the Hon. Jose L. Linares, U.S.D.J.;

2. That the Defendant herein, Frank Corallo, agrees that he is prohibited from residing with Melissa Zapata;

3. That the Defendant, Frank Corallo, further agrees that he shall have no contact, whether written, oral, or otherwise, including, but not limited to, directing third persons to have such contact, with Melissa Zapata;

4. That the Defendant, Frank Corallo, further agrees that he will schedule the visitation with his children on dates and times when Melissa Zapata is not scheduled to have such visitation;

5. That this Consent Order and its terms and provisions are specific conditions of the December 21, 2007 Order of Release signed by the Hon. Jose L. Linares, U.S.D.J. and that any violation of these conditions shall violate the December 21, 2007 Order of Release.

_____
HON. JOSE L. LINARES, U.S.D.J.

I hereby consent to the form
and entry of the within order.

_____  _____
FRANK CORALLO                Peter L. Festa, Esq.
Defendant                    FESTA & INGENITO, LLC
Dated:                       Attorneys for Defendant
                             Dated:

_____
Michelle Dwyer
PRE-TRIAL SERVICES
Dated: 4/22/08