**FUSCO & MACALUSO, L.L.C.**
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
Tel. 973-779-1163
Attorneys for Defendant, FRANK CORALLO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America,<br>           Plaintiff,<br>v.<br>Frank Corallo,<br>           Defendant. | Hon. Jose L. Linares, U.S.D.J.<br><br>Case No.: 07-1029-(JLL)<br><br>**CONSENT ORDER VACATING BAIL** |

**THIS MATTER** having been opened before the Court by Anthony J. Fusco, Jr., Esq., of the law offices of Fusco & Macaluso, LLC., attorney for defendant, Frank Corallo, seeking an order vacating bail and awarding jail time credit, and the parties having mutually agreed and good cause being shown:

IT IS ON this 31st day of January, 2011, ORDERED that Defendant's bail in this case is hereby revoked as of October 21, 2010, when he was arrested and detained in connection with the wire fraud conspiracy charge he faces in United States v. Dukhman et al., No. 10-mj-6127 (MAS); and

IT IS FURTHER ORDERED that the Defendant's Federal custody for his charge in this case shall be deemed to have begun on October 21, 2010, when he was first detained.

_____
Hon. Jose L. Linares, U.S.D.J.

The undersigned herby consent
to the form and entry of the
within order.

_____
Mark E. Coyne, AUSA

_____
Anthony J. Fusco, Jr., Esq.
Attorney for Defendant